

## NUMBER 13-09-00567-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

WILLIAM ASHLEY NEAL AND YULIYA NEAL,                    Appellants,

V.

COUNTRYWIDE HOME LOANS, INC.,                             Appellee.

### On appeal from the 343rd District Court
### of San Patricio County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela**
**Memorandum Opinion Per Curiam**

Appellants, William Ashley Neal and Yuliya Neal, perfected an appeal from a judgment rendered against them in favor of appellee, Countrywide Home Loans, Inc. On February 17, 2010, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on November 10, 2009, and that the deputy district clerk,

Ernestina Roblez, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).


PER CURIAM

Delivered and filed the
15th day of April, 2010.